## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

REGINALD JACKSON (#764746)

VERSUS

E. DUSTIN BICKHAM, ET AL.

CIVIL ACTION

22-1037-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 14, 2023, to which an *Objection*[2] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, Jackson's federal claims are DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim under 28 U.S.C. §§ 1915(e) and/or 1915A, and this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 13 day of April, 2023.

*Shelly Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 16.